David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROBERTS, LORENA DELENA | ) | Case No. 05-24534-PHX RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10104 | 05/05/10 | FINANCIAL MANAGEMENT SERVICES<br>705 N. 1ST STREET<br>PHOENIX, AZ 85004 | $261.78 |
| 10109 | 05/05/10 | Cross Country Bank<br>P.O. Box 310711<br>Boca Raton,, FL 33431-0711 | $83.25 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $345.03 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| August 30, 2010 | /s/ David A. Birdsell |
| DATE | DAVID A. BIRDSELL, TRUSTEE |